880 A.2d 502

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Timothy SANDERS, Respondent.**

Supreme Court of Pennsylvania.

July 22, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July 2005, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Superior Court. *See Commonwealth v. Wallace,* 870 A.2d 838 (Pa.2005).